UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GRISELDA CONTRERAS QUINTERO, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:16-CV-049 |
| ALLSTATE TEXAS LLOYDS, | § § § | |
| Defendant. | § | |

# ORDER

The Court now considers the "Agreed Stipulation of Dismissal With Prejudice"[1] filed by Griselda Contreras Quintero ("Plaintiff") and Allstate Texas Lloyds ("Defendant") announcing to the Court that Plaintiff seeks to dismiss this suit and that Defendant agrees to the dismissal of Plaintiff's claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of September, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.